# Order

Michigan Supreme Court
Lansing, Michigan

December 28, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143165(29)

JOHNNY RAY,
    Plaintiff-Appellant,

v

                 SC: 143165
                 COA: 300646
                 Wayne CC: 07-706749-CD

DEPARTMENT OF CORRECTIONS,
    Defendant-Appellee.
_____/

   On order of the Court, the motion for reconsideration of this Court's September 26, 2011 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2011

_____
Clerk

d1219